**Order entered October 16, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00564-CV

**REGENCY DEVELOPMENT & CONSTRUCTION SERVICES, LLC, Appellant**

**V.**

**RALPH CARRINGTON**
**D/B/A CARRINGTON AIR CONDITIONING AND HEATING, ET AL., Appellees**

### On Appeal from the 95th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-16-15186

## ORDER

Before the Court is appellant's October 12, 2018 unopposed motion for an extension of time to file a reply brief. We **GRANT** the motion and extend the time to **November 1, 2018**.

/s/    ADA BROWN
          JUSTICE